## BEAMER v. STATE.

### No. 20970.

Court of Criminal Appeals of Texas.
April 3, 1940.

Guy H. McNeely, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted in the District Court of Wichita County for the offense of unlawfully driving an automobile upon a public highway while intoxicated and his punishment was assessed at confinement in the county jail for sixty days and a fine of $50.

The record is before us without statement of facts or bills of exception. No question has been presented authorizing a reversal of the conviction.

The judgment of the trial court is affirmed.